IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

*Plaintiff,*

v.                                                      Criminal No. 25-229 (GLS/GMM)

JOSE LUIS MORETA,

*Defendant.*

**Informative Motion Regarding Bail**

TO THE HONORABLE COURT:

The defendant, Heriberto Torres-Guzman ("Mr. Torres"), represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, respectfully informs the Court of the following:

1. An arraignment and bail hearing is currently set for June 24, 2025 in this case. Docket No. 8.

2. Mr. Moreta filed a waiver of his presence at the arraignment. Docket No. 11.

3. Mr. Moreta is also facing revocation of a term of supervised release in a prior case, in part for this current matter, and was already ordered detained in that revocation. Docket No. 33 in 19-278 (GMM). Mr. Moreta is not requesting conditions of release at this time.

WHEREFORE, Mr. Moreta respectfully requests that the Court take note of the above and vacate the bail hearing in this case.

WE HEREBY CERTIFY that on this date, we electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of June, 2025.

> **RACHEL BRILL**
> Federal Public Defender
> District of Puerto Rico
>
> *S/Joanna E. LeRoy*
> JOANNA E. LEROY
> ASSISTANT FEDERAL PUBLIC DEFENDER
> Federal Public Defender's Office
> USDC-PR 223505
> 241 F.D. Roosevelt Ave.
> San Juan, P.R. 00918-2441
> (787) 281-4922/ Fax (787) 281-4899
> E-mail: Joanna_leroy@fd.org