IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSE LUIS MORETA,<br><br>*Defendant.* | Criminal No. 25-229 (GMM)<br>19-278 (GMM) |

### Sentencing Memorandum

There is nothing more important to Jose Luis Moreta than his family. Like the first time he came to Puerto Rico, Mr. Moreta came to the United States begrudgingly. While he is grateful that Puerto Rico has allowed him opportunities that he would never have had in the Dominican Republic, he loves his country and has a beautiful family that means everything to him. No one leaves their home because they want to, and that could not be truer for Mr. Moreta. But, facing fire financial circumstances, he felt he had no choice.






Mr. Moreta grew up in an impoverished rural area of Miches, Dominican Republic. He lost his mother at a young age, and was raised primarily by his beloved grandmother. His father was never present in his life, so he says that his grandmother is, in his words, "*mi mamá, mi papá, mi todo*." She did the best that she could with him and with his two siblings, who are also a constant source of support in his life.



However, despite his best efforts, life in the DR was not easy, and he decided to come to Puerto Rico to try to work and support his family. Mr. Moreta always worked with his hands – as a carpenter, as a mason, in construction – and what he could make in a day here in Puerto Rico (around $120) was more than *ten times* what he could make working a day at a back-breaking job in the DR (less than $10). By 2019, he had five beautiful children to support, and, as much as it pained him to leave them, he felt he had no other option but to seek opportunity in the United States.

Upon his return to the DR after his last case, he tried again to work and support his family. He was first in Miches working for the *Ministerio de Obras Públicas*, then moved to San Pedro where he worked in a sugar cane factory. However, after several years of

3

working constantly, he and his family were still struggling. He had to make the impossible situation of leaving the DR again and looking for better work in the US.

He knows now how big of a mistake that was. While he has been serving his sentence, he has not been able to provide a dime for his family, including his five children. His sister in the DR is taking care of his youngest son, and is struggling to make ends meet. His grandmother, who is everything to him, was recently hospitalized and is receiving dialysis treatment, and her condition is steadily worsening. He is heartbroken at the idea that he may never see her again, and he knows that his family is suffering worse than him.







Upon his return to the DR, he would like to start his own business that he may be more self-sufficient. He knows that he cannot – and does not want – to return to the US. All it has done is cause him and his family suffering. Mr. Moreta therefore requests a sentence of time served[1], to be served concurrently with a time served sentence in his revocation of probation.

WE HEREBY CERTIFY that on this date, we electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of October, 2025.

>**RACHEL BRILL**
>Federal Public Defender
>District of Puerto Rico
>
>*S/Joanna E. LeRoy*
>JOANNA E. LEROY
>ASSISTANT FEDERAL PUBLIC DEFENDER
>Federal Public Defender's Office
>USDC-PR 223505
>241 F.D. Roosevelt Ave.
>San Juan, P.R. 00918-2441
>(787) 281-4922/ Fax (787) 281-4899
>E-mail: Joanna_leroy@fd.org

---

[1] Mr. Moreta has been in custody since April 22, 2019. *See* Docket No. 7 in 19-278 (GMM). Thus, he will have served on the day of his sentencing, November 4, 2025, 6 months and 14 days.